PATRICK HOURIHAN, as Administrator of the Estate of TIMOTHY HOURIHAN, Deceased, Respondent, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

*Hourihan* v. *Delaware, L. & W. R. R. Co.*, 154 App. Div. 915 affirmed.

(Argued January 12, 1915; decided January 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 20, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer.

*Halsey Sayles* for appellant.

*Mortimer L. Sullivan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Not voting: WILLARD BARTLETT, Ch. J., and COLLIN, J.